UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LEWIS B. SYKES, JR., <br><br> Plaintiff, <br><br> v. <br><br> RBS CITIZENS, N.A., <br> BANK OF AMERICA, N.A., <br> BANK OF NEW YORK MELLON, <br> CCO MORTGAGE CORPORATION, <br> FEDERAL NATIONAL MORTGAGE <br> ASSOCIATION and CITIBANK, N.A. <br><br> Defendants. | Civil Action No. 1:13-cv-334 |

## NOTICE OF REMOVAL TO ALL ADVERSE PARTIES

NOTICE IS HEREBY GIVEN that on July 25, 2013, Bank of America, N.A filed a Notice of Removal of this action in the United States District Court for the District of New Hampshire.  A copy of the Notice of Removal so filed is annexed hereto.

This Notice is served upon you as a party to this action in compliance with 28 U.S.C. § 1446.

        Respectfully submitted,

        BANK OF AMERICA, N.A.

        By its attorneys,

        PRIMMER PIPER EGGLESTON & CRAMER PC

Dated: July 25, 2013     /s/ Thomas J. Pappas
        By:  Thomas J. Pappas, Esq. (N.H. Bar No. 4111)
            P.O. Box 3600
            Manchester, NH 03105-3600
            603.626.3300
            tpappas@primmer.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Removal to All Adverse Parties has this day been forwarded via U.S. Mail to:

| | |
|---|---|
| Terrie Harman<br>Harman Law Offices<br>59 Deer Street, Suite 1B<br>Portsmouth, NH  03801<br>*Counsel for the Plaintiff* | RBS Citizens, N.A.<br>One Citizens Plaza<br>Providence, RI  02903 |
| Bank of New York Mellon<br>One Wall Street<br>New York, NY  10005 | CCO Mortgage<br>10561 Telegraph Road<br>Glen Allen, VA  23059 |
| Federal National Mortgage Association<br>P.O. Box 650043<br>Dallas, TX  75265 | Citibank, N.A.<br>399 Park Avenue<br>New York, NY  10043 |

Dated:  July 25, 2013        By:  */s/* Thomas J. Pappas
                                               Thomas J. Pappas, Esq. (N.H. Bar No. 4111)

1407819_1