STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS.                                                SUPERIOR COURT

LEWIS B. SYKES, JR.

v.

RBS CITIZENS, N.A., BANK OF AMERICA, N.A., BANK OF NEW YORK MELLON, CCO MORTGAGE CORPORATION, FEDERAL NATIONAL MORTGAGE ASSOCIATION and CITIBANK, N.A.

Docket No. 218-2013-CV-605

**NOTICE OF FILING OF NOTICE OF REMOVAL**

NOTICE IS HEREBY GIVEN that on July 25, 2013, Defendant Bank of America, N.A., ("BANA") filed a Notice of Removal of this action in the United States District Court for the District of New Hampshire. A copy of the Notice of Removal so filed, without exhibits, is attached hereto as Exhibit A. A copy of the Notice of Removal to All Adverse Parties, without exhibits, is attached hereto as Exhibit B. The Notice of Removal and all exhibits will be served on all parties. Furthermore, pursuant to 28 U.S.C. § 1446(d), this matter shall proceed no further unless and until the case is remanded to this Court by the United Stated District Court.

                                            Respectfully submitted,

                                            BANK OF AMERICA, N.A.

                                            By its attorneys,

                                            PRIMMER PIPER EGGLESTON & CRAMER PC

Dated: July 25, 2013           /s/ Thomas J. Pappas
                            By: Thomas J. Pappas, Esq. (N.H. Bar No. 4111)
                                P.O. Box 3600
                                Manchester, NH 03105-3600
                                603.626.3300
                                tpappas@primmer.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Filing of Notice of Removal has this day been forwarded via U.S. Mail to:

| | |
|---|---|
| Terrie Harman<br>Harman Law Offices<br>59 Deer Street, Suite 1B<br>Portsmouth, NH  03801<br>*Counsel for the Plaintiff* | RBS Citizens, N.A.<br>One Citizens Plaza<br>Providence, RI  02903 |
| Bank of New York Mellon<br>One Wall Street<br>New York, NY  10005 | CCO Mortgage<br>10561 Telegraph Road<br>Glen Allen, VA  23059 |
| Federal National Mortgage Association<br>P.O. Box 650043<br>Dallas, TX  75265 | Citibank, N.A.<br>399 Park Avenue<br>New York, NY  10043 |

Dated:  July 25, 2013      By:  */s/* Thomas J. Pappas
                                                 Thomas J. Pappas, Esq. (N.H. Bar No. 4111)

1441683_1