## Thomas Pappas

| | |
|---|---|
| **From:** | Thomas Pappas |
| **Sent:** | Wednesday, June 24, 2015 2:32 PM |
| **To:** | 'Lewis Sykes' |
| **Subject:** | RE: Sykes vs. RBS Citizens, et al. - Dr. Mart depo attached |

We will mail you a paper copy.

**Thomas J. Pappas, Esquire**
**PRIMMER PIPER EGGLESTON & CRAMER PC**
900 Elm Street, 19th Floor, P.O. Box 3600, Manchester, NH 03105-3600
Direct Dial: 603 626 3301 | Fax: 603 626 0997 | Tel: 603 626 3300
tpappas@primmer.com | www.primmer.com

**From:** Lewis Sykes [mailto:lew_sykes@hotmail.com]
**Sent:** Wednesday, June 24, 2015 2:29 PM
**To:** Thomas Pappas
**Subject:** RE: Sykes vs. RBS Citizens, et al. - Dr. Mart depo attached

Need a paper copy because of low computer capability.

From: tpappas@primmer.com
To: lew_sykes@hotmail.com
CC: alasker@harmonlaw.com; rmurphy@wadleighlaw.com; ETimkovich@winston.com; EIreland@winston.com
Subject: FW: Sykes vs. RBS Citizens, et al. - Dr. Mart depo attached
Date: Wed, 24 Jun 2015 17:57:51 +0000

As requested, attached is a copy of the transcript of Dr. Mart's deposition.

**Thomas J. Pappas, Esquire**
**PRIMMER PIPER EGGLESTON & CRAMER PC**
900 Elm Street, 19th Floor, P.O. Box 3600, Manchester, NH 03105-3600
Direct Dial: 603 626 3301 | Fax: 603 626 0997 | Tel: 603 626 3300
tpappas@primmer.com | www.primmer.com

**From:** Megan Hefler [mailto:blt4pwr@comcast.net]
**Sent:** Tuesday, June 16, 2015 4:28 PM
**To:** Thomas Pappas; etimkovich@winston.com; eireland@winston.com
**Cc:** Sandra Merrigan
**Subject:** Sykes vs. RBS Citizens, et al. - Dr. Mart depo attached

Counsel, attached in Min-U-Script PDF Bundle (Full, mini, ASCII) is the deposition of Dr. Mart taken 6/10/15. Exhibits were retained by Attorney Pappas.
Once I confirm the billing arrangement (I have an e-mail out to Sandy Merrigan about that), the Primmer office will receive an invoice from Connelly Reporting for this deposition.

1

I know, Tom, you were looking for the ETA of this depo earlier today, so I wanted to get it to you as soon as it was completed.
Thanks,
Megan M. Hefler, LCR, RDR
Connelly Reporting & Video Services, Inc.



PRIMMER PIPER EGGLESTON & CRAMER PC

THOMAS J. PAPPAS
ADMITTED IN NH AND DC
tpappas@primmer.com
TEL: 603-626-3301
FAX: 603-626-0997

900 ELM STREET, 19TH FL. | P.O. BOX 3600 | MANCHESTER, NH 03105-3600

June 24, 2015

Lewis B. Sykes, Jr
482 Winnacunnet Rd
Hampton, NH 03842

RE: Sykes v. RBS Citizens, N.A., et al
US District Court Docket No. 1:13-cv-00334-JD

Dear Mr. Sykes:

As requested, enclosed is a copy of the transcript of Dr. Mart's deposition.

Sincerely,

Thomas J. Pappas

TJP/erg/2064214_1

Enclosure

cc: Andrea V. Lasker, Esq. – By E-Mail w/o Enclosure
Robert E. Murphy, Jr., Esq. – By E-Mail w/o Enclosure
Elizabeth T. Timkovich, Esq. – By E-Mail w/o Enclosure
Elizabeth J. Ireland, Esq. – By E-Mail w/o Enclosure