

**THOMAS J. PAPPAS**
ADMITTED IN NH AND DC
tpappas@primmer.com
TEL: 603-626-3301
FAX: 603-626-0997

900 ELM STREET, 19TH FL. | P.O. BOX 3600 | MANCHESTER, NH 03105-3600

July 28, 2015

Dr. Eric Mart
Ballyvaughan Associates, Inc.
230 Lafayette Road, Suite D-7
Portsmouth, NH 03801

RE: **Sykes v. RBS Citizens, N.A., et al**
**US District Court Docket No. 1:13-cv-00334-JD**

Dear Dr. Mart:

Enclosed is a copy of your deposition transcript and deposition exhibits. You are allowed to make corrections in the deposition transcript. You may make corrections if you believe that the transcription is incorrect, or if you misunderstood a question and your answer is incorrect. It is not necessary to make corrections for very minor punctuation errors, spelling errors, etc.

If you wish to make a correction you should make it on the attached Errata Sheet and Certificate of Witness/Deponent. You make the correction by referencing the page and line number in which the correction should be inserted and then write the correction in longhand. Once you have made any corrections you feel are necessary, sign the attached Errata Sheet and Certificate of Witness/Deponent before a Notary Public and return the attached Errata Sheet and Certificate of Witness/Deponent to me.

Thank you.

Sincerely,

Thomas J. Pappas

TJP/scm-2095795_1

Enclosures

cc: Lewis B. Sykes, Jr. – By U.S. Mail with exhibits only
     Andrea V. Lasker, Esq. – By E-Mail w/o Enclosures
     Robert E. Murphy, Jr., Esq. – By E-Mail w/o Enclosures
     Elizabeth T. Timkovich, Esq. – By E-Mail w/o Enclosures
     Elizabeth J. Ireland, Esq. – By E-Mail w/o Enclosures



neopost
07/28/2015
US POSTAGE  $06.70⁰

PRIORITY MAIL

ZIP 03101
041L11228160

**First Class Mail**



# PRIMMER
PRIMMER PIPER EGGLESTON & CRAMER PC

900 ELM STREET, 19TH FLOOR | P.O. BOX 3600
MANCHESTER, NEW HAMPSHIRE 03105-3600

Lewis B. Sykes, Jr
482 Winnacunnet Rd
Hampton, NH 03842

**IMMEDIATE ATTENTION REQUESTED**