VOLUME: I
PAGES: 1-95

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * *

LEWIS B. SYKES, JR.

v.                                    1:13-cv-00334-JD

RBS CITIZENS, N.A., et al.

* * * * * * * * * * * * * * * * * *


DEPOSITION OF ERIC G. MART

This deposition was taken at the offices of Primmer, Piper, Eggleston & Cramer, 900 Elm Street, Manchester, New Hampshire, on Wednesday, June 10, 2015, commencing at 10:37 a.m.

Mart 6/10/15

93

```
 1        enough of the law.  I mean, I would go to an
 2        attorney and say, "Listen, what do I do?  I'm
 3        going to file here," you know, and that would be
 4        the venue that would be appropriate, I guess.
 5   Q.   Okay.  We did not mark your subpoena, so let's
 6        mark that as the last exhibit.
 7                (Exhibit 22 marked.)
 8                MR. PAPPAS:  I have no other questions.
 9        Bob?
10                MR. MURPHY:  Nothing further.  Thank you.
11                MR. PAPPAS:  Thank you for your patience.
12        Off the record.
13                (Discussion off the record.)
14                MR. PAPPAS:  So we'll do the usual
15        stipulations in New Hampshire, but the time to
16        return the errata sheet will be 14 days.  And I
17        will send the transcript directly to Dr. Mart when
18        I receive it.  Thank you.
19                (12:53 p.m.)
20
21
22
23
```