# Eric G. Mart, Ph.D., ABPP

BOARD CERTIFIED FORENSIC PSYCHOLOGIST

Licensed Psychologist (NH, MA, ME & VA)
Licensed Psychologist-Doctorate (VT)

230 Lafayette Rd., Building D, Suite 7
Portsmouth, NH 03801
Tel. (603) 373-8801 | Fax (603) 373-0202
EMart@comcast.net | www.psychology-law.com

## CURRICULUM VITAE

### Education

| | |
|---|---|
| 09/1978 to 06/1983 | Yeshiva University, Ferkauf Graduate School of Professional Psychology, New York, NY. Doctoral study in School Psychology. M.S. 06/1982; Ph.D. 06/1983. |
| 09/1974 to 06/1976 | New College, Sarasota, FL. B.A. in Psychology. |
| 09/1973 to 09/1974 | Ohio State University, Columbus, OH. |

### Licensing & Certification

| | |
|---|---|
| 09/1987 to Present | New Hampshire Licensed Psychologist #405. |
| 05/2004 to Present | Massachusetts Licensed Psychologist #948530. |
| 12/2006 to Present | Vermont Licensed Psychologist-Doctorate #048-0000897. |
| 9/2013 to Present | Virginia Licensed Psychologist #0810-004867 |
| 5/2014 to Present | Maine Licensed Psychologist #PS1419 |
| 11/2005 to Present | Certificate of Professional Qualification in Psychology, Association of State and Provincial Psychology Boards. |
| 08/2001 to Present | Board Certified in Forensic Psychology, American Board of Professional Psychology. |

### Professional Experience

| | |
|---|---|
| 06/1987 to Present | Private practice specializing in forensic psychology and child, adolescent, and adult psychotherapy and assessment. |
| 09/1990 to Present | Clinical Consultant, Webster House Group Home, Manchester, NH. |
| 06/1996 to 6/1997 & 10/1989 to 10/1992 | Co-leader, Adolescent Sexual Offenders' Treatment Group, Youth Development Center, Manchester, NH. |
| 09/1986 to 8/1988 | School Psychologist, Concord School District, Concord, NH. |
| 03/1986 to 8/1986 | Psychological Consultant to the We Care Homes of Lutheran Social Services, Cincinnati, OH. Psychological testing and behavior management consultation for MR/DD clients in ICF/MR group homes. |
| 09/1983 to 07/1984 | School Psychologist, Milbrae Schools, Milbrae, California. |
| | Consultant to San Mateo County's Severe Disorders of Language Program. |
| | Behavior Modification Specialist, Golden Gate Regional Center for Developmental Disabilities. |
| 07/1982 to 07/1983 | School Psychologist, New York City Schools. |

**Training Experience**

| | |
|---|---|
| 01/1988 to 06/2001 | Supervision in forensic psychology toward diplomate with Wilfrid Derby, ABPP, ABFP, Manchester, New Hampshire. |
| 12/1984 to 08/1986 | Postdoctoral Psychology Trainee, P.W. Lewis Center, Cincinnati, Ohio. Clinical intern-ship in state psychiatric hospital, working with chronic adult schizophrenics and dually diagnosed adults (MR/MI). Chairman, Mental Retardation and Human Rights Committees. |
| 09/1979 to 06/1982 | Distributed graduate internship, Herricks Elementary School, St. Vincent's Hospital, and Yeshiva High School for Boys. Training in clinical assessment, psychotherapy and organizational consultation. |
| 12/1980 to 06/1981 | NIMH training fellowship in developmental disabilities, Bronx Developmental Center, New York, New York. |

**Teaching Experience**

| | |
|---|---|
| 02/1986 to 05/1986 | Adjunct Assistant Professor, University of Cincinnati. Graduate School of Education, Cincinnati, Ohio. |
| 02/1988 to 05/1988 | Instructor, Notre Dame College Graduate School of Education, Manchester, New Hampshire. |

**Publications and Presentations**

"The Practical Assessment of Civil Competencies: A How-To Guide for Clinicians" (Presenter). Idaho Psychological Association Forensic Mental Health Conference, Boise, ID, October 25, 2014.

"Undue Influence in the Making of Wills: The Most Lucrative Form of Financial Exploitation" (Panelist with Lawrence Frolik, Professor of Law, University of Pittsburgh, and Karen Box, Professor of Law, University of Washington). American Society on Aging Annual Conference, "Aging in America," March 14, 2014.

"Funding Your Business or Practice: Conceptual and Practical Issues" (Presenter). American Psychology-Law Society Conference, New Orleans, March 7, 2014.

"Risk Assessment with Children and Adolescents" (Presenter). UNH Professional Development & Training conference, "Dealing with the Potential of School violence: Security, Interventions and Psychological Issues," December 6, 2013.

"Problems in the Assessment of Testamentary Capacity." *The Senior Lawyer*. New York State Bar Association, Senior Lawyers Section. Vol. 5, No. 2, Fall 2013.

"Assessments of Undue Influence in the Elderly" (Presenter). National Academy of Elder Law Attorneys 2013 National Aging and Law Institute, Washington, D.C., Nov. 8, 2013.

"Problems in the Assessment of Testamentary Capacity." *Elder and Special Needs law Journal*. New York State Bar Association, Elder Law Section. Vol. 23, No. 3, Summer 2013.

"Therapists & Litigation" and "Adult Capacity, Guardianship and Ethical Issues" (Presenter). Missouri Department of Mental Health Spring Training Institute, Osage Beach, MO, May 30, 2013.

"Case Study: The Assessment of an Intestate Ward with Anomic Aphasia to Determine Testamentary Capacity." *Open Access Journal of Forensic Psychology*, http://www.forensicpsychologyunbound.ws/ – 2012: 81-90.

"Adult Capacity, Guardianship and Ethical Issues" (Faculty). National Academy of Elder Law Attorneys, NH Chapter seminar, Concord, NH. June 8, 2012.

"Psychological and Emotional Injuries" (Presenter). New Hampshire Lawyers for Justice seminar, "Medical School for Lawyers." May 20, 2011.

"Assessment of Competency" in *Earning a Living Outside of Managed Mental Health Care: 50 Ways to Expand Your Practice*, edited by Steven Walfish, Ph.D. American Psychological Association, 2010.

"Risk Assessment and the Mental Status Examination" (Continuing Education Presentation). PESI, Rancho Cordova, Oakland & Palo Alto, CA, November 3, 4 & 5, 2010.

"Risk Assessment and the Mental Status Examination" (Continuing Education Presentation). PESI, Cleveland, Youngstown & Pittsburgh, December 8, 9 & 10, 2010.

*The Practical Assessment of Testamentary Capacity and Undue Influence in the Elderly* (Co-Author). Professional Resource Press, 2010.

"Special Issue Introduction: Assessment Testimony in Child Abuse Cases." *The Journal of Psychiatry and Law* 38/Fall 2010.

"Common Errors in the Assessment of Allegations of Child Sexual Abuse." *The Journal of Psychiatry and Law* 38/Fall 2010

"An Unusual Case of Postictal Violence: Implications for Criminal Responsibility." *Open Access Journal of Forensic Psychology*, http://www.forensicpsychologyunbound.ws/ – 2010. 2: 49-58.

"Child Custody from A to Z: In the Best Interests of the Child" (Faculty Member). National Business Institute, Burlington, VT, January 20, 2010.

"Interviewing Persons with Mental Illness" (Presenter). Disabilities Rights Center Regional Training Event, Concord, NH, October 29, 2008.

"Deconstructing Expert Mental Health Evaluations: A Step-By-Step Guide" (Faculty Member). Mental Health Legal Advisors Committee MCLE seminar, "Cutting Edge Representation of Persons with Mental Illness." Boston, May 29, 2009.

"Legal Aspects of Managing Autism Spectrum Disorders at School" (Presenter). National Business Institute, May 21, 2010.

"Getting Started in Forensic Psychology Practice" (Faculty Member). American Academy of Forensic Psychology continuing education program, Montreal, Canada, March 27, 2009.

"Violence in the Home" (Faculty Member). National Business Institute, February 11, 2009.

"Therapists in Court: Practical Risk Management" (Presenter). North Dakota Psychological Association Fall Conference workshop, October 23-24, 2008.

"The Art of Representing Children" (Faculty Member). National Business Institute, June 30, 2008.

"The Phenomenon of Undue Influence in Transactions with the Elderly" (Faculty Member). New Hampshire Bar Association CLE seminar, April 2, 2008.

"School Safety and Security: Practical Solutions and Legal Safeguards" (Faculty Member). National Business Institute, December 10, 2007.

"Practical Assessment of Testamentary Capacity and Undue Influence in Wills" (Co-Author). *American Journal of Forensic Psychiatry*, Vol. 25, Issue 4, 2007.

"Growing Your Forensic Practice." *The Journal of Psychiatry and the Law*, Summer 2007.

"Deconstructing Mental Health Evaluations: A Guide for Attorneys" (Guest Speaker). Mental Health Legal Advisors Committee MCLE seminar, October 26, 2007.

"Understanding Psychological Testing" (Guest Speaker). New Hampshire Legal Assistance, October 22, 2007.

*Issue Focused Forensic Child Custody Assessment*, Professional Resource Press, Aug. 2007.

"Developing and Marketing Your Successful Mental Health Niche Practice Ethically, Effectively and Profitably" (Presenter). New Hampshire Psychological Association workshop, May 4, 2007.

"Ethical and Practical Risk Management for Professionals Working with Persons with Sexual Behavior Problems" (Guest Speaker). New Hampshire Association for the Treatment of Sexual Abusers, November 17, 2006.

*Getting Started in Forensic Psychology Practice: How to Create a Forensic Specialty in Your Mental Health Practice*, Wiley, Aug. 2006.

"How Children Experience Disruption" (Guest Speaker). New Hampshire Bar Association CLE seminar, "Changing Times--Modification of Orders Under RSA 461," March 10, 2006.

"Underachievement in Adolescents: Causes & Interventions" (Co-Presenter). Parker Educational Foundation, November 17, 2005.

"Practical Risk Management: Court Related Issues, Ethics, Technology and Beyond" (Presenter). Vermont Psychological Association, November 11, 2005.

"Child Custody and Post-Divorce Relocation in the Light of Braver Et Al." (Co-Author). *The Vermont Bar Journal*, Fall, 2005.

"Munchausen Syndrome by Proxy: Myths and Truths" (Presenter). Boston Bar Association, Family Law Section, January 11, 2005.

"Factitious Disorder by Proxy: A Call for the Abandonment of an Outmoded Diagnosis." *The Journal of Psychiatry and the Law*, Fall 2004.

"Victims of Abuse by Priests: Some Preliminary Observations." *Pastoral Psychology*, Vol. 52, No. 6, July 2004.

"Therapists in Litigation: Ethics and Best Practices" (Co-Presenter). Highland Psychological Services, May 21, 2004.

"Therapists in Court: Practical Risk Management" (Presenter). Alaska Psychological Society, May 15, 2004.

"Munchausen's Syndrome by Proxy/Factitious Disorder by Proxy" (Presenter). Alaska Psychological Society, May 14, 2004.

"The Therapist as Wizard: Using Magic in Therapy With Children" (Presenter). Seacoast Mental Health Center, January 29, 2004.

Book review: *The Psychologist as Expert Witness* by Theodore H. Blau. *International Journal of Forensic Psychology*, Vol. 1, No. 1, 2004.

"The Concise Approach to Child Custody Assessment." *The Journal of Psychiatry and the Law*, Winter 2003.

"The Therapist as Wizard: Using Magic in Therapy With Children" (Presenter). Nashua Children's Home, November 6, 2003.

"Assessment of Bonding in Child Custody and Dependency Cases." *New Hampshire Trial Bar News*, Vol. 26, Fall 2003.

"Special Education--Part II" (faculty). Co-sponsored by New Hampshire Bar Association Pro Bono Program and the Mental & Physical Disabilities Law Section, September 19, 2003.

"Juvenile Competence to Stand Trial: Overview and Contemporary Issues." *New Hampshire Bar Journal*, Vol. 44, No. 2, June 2003.

"Therapists in Litigation: Ethics and Best Practices" (Co-Presenter). Highland Psychological Services, May 30, 2003.

"Workshop on Psychological Assessment of Testamentary capacity and Undue Influence, presented by a Forensic Psychologist" (Presenter). NH Bar Association, Elder Law, Estate Planning & Probate Section, May 7, 2003.

"An Overview of Munchausen's Syndrome by Proxy" (Presenter). New Hampshire Psychological Society, February 7, 2003.

"Factitious Disorder By Proxy: Rethinking The Diagnostic Formulation" (Paper Presentation). New England Psychological Association Annual Meeting, October 19, 2002.

"Munchausen's Syndrome (Factitious Disorder) by Proxy: A Brief Review of Its Scientific and Legal Status," *The Scientific Review of Mental Health Practice*, Vol. 1, No. 1, Spring-Summer 2002.

"Readability and Comprehension of the 'New Hampshire Acknowledgment and Waiver of Rights: Felony,'" *New Hampshire Bar Journal*, Vol. 43, No. 1, March 2002.

*Munchausen's Syndrome by Proxy Reconsidered*, Bally Vaughan Publishing, Jan. 2002.

"Divorce Custody Litigation," (Faculty Member). New Hampshire Bar Association, Nov. 29, 2000.

"Working with Middle School Students: Development and Behavior" (Keynote Speaker). New Hampshire Partners in Education 21st Annual Conference, May 25, 2000.

"Joint Physical Custody—What We Know," *New Hampshire Bar Journal*, Vol. 40, No. 4, Dec. 1999.

"The Concise Child Custody Evaluation: An Alternative Methodology," *Trial Bar News*, Vol. 21, Fall 1999.

"Factitious Disorder by Proxy and the Federal Rules of Evidence" (Poster Session). American Bar Association/American Psychological Association Conference, "Psychological Expertise and Criminal Justice," Oct. 1999.

"Assessment of Psychological Distress in Cases of Sexual Harassment: Contributions from Forensic Psychology," (Faculty). International Coalition Against Sexual Harassment 8th Annual Conference, Aug. 7, 1999.

"Munchausen by Proxy Syndrome: Disordered Mother or Disordered Diagnosis" panel discussion (Guest panelist). Society for Philosophy and Psychiatry, Department of Psychiatry, Yale School of Medicine, May 8, 1999.

"Psychological Issues in Employment Litigation" (Co-Presenter). National Employment Lawyer's Association, New Hampshire Chapter, March 2, 1999.

"Problems with the Diagnosis of Factitious Disorder by Proxy in Forensic Settings," *American Journal of Forensic Psychology*, Volume 17, No. 1, Jan. 1999.

"Ethics in the Courtroom, Contemporary Issues" (Co-Presenter). New Hampshire Psychological Association ethics workshop, June 5, 1998.

"Bullying Behavior: Working with Bullies in Various Mediation Settings," (Guest Speaker), New Hampshire Mediators Association Eleventh Annual Conference, May 2, 1998.

"Attention Deficit Hyperactivity Disorder" (Guest Lecturer). Catholic Medical Center Grand Rounds, Manchester, New Hampshire, April 8, 1998.

"Munchausen's Syndrome by Proxy: Psycho-Legal Issues," (Paper Presentation). Eastern Psychological Association Annual Meeting, Boston, Massachusetts, Feb. 28, 1998.

"Motor Vehicle Accidents and Traumatic Stress," *Massachusetts Bar Association Lawyers Journal*, Vol. 5, No. 4, Dec. 1997.

"Psychoeducational Testing with Children" (Guest Speaker). National Association of Counsel for Children, Bedford, New Hampshire, Nov. 1997.

"Working With the Sexually Abused Foster Child" (Guest Speaker). Lutheran Social Services of New England, Concord, New Hampshire, Nov. 1997.

"Bully-proofing Your School" (Guest Speaker). Memorial High School staff meeting, Manchester, New Hampshire, Nov. 1997.

"Bully-proofing Your School" (Guest Speaker). Conant Elementary School staff meeting, Concord, New Hampshire, May 1997.

"Educators Working With Sexual Offenders" (Staff Training). New Hampshire Youth Development Center, May 1997.

"Anatomy for Lawyers" Program, "Coping With the Stealth Evaluation" (Presenter). Massachusetts Academy of Trial Attorneys, April 1997.

"Forensic Assessment of Personal Injury Cases" (Guest Speaker). Massachusetts School of Law at Andover, April 1997.

"Psychotherapist Testimony in Personal Injury Cases: Coping With the Stealth Evaluation," *Massachusetts Bar Association Lawyers Journal*, March 1997.

"Forensic Use of Psychological Testing: A Basic Course for Attorneys" (Presenter). March 1997.

"Recent Developments in Sexual Offender Assessment and Treatment" (Staff Training). Germaine Lawrence School, Arlington, Massachusetts, Jan. 1997.

"Prosecuting and Defending Child Sexual Abuse Cases" (Co-Presenter). Ballyvaughan Associates, Inc., Oct. 1995.

New Hampshire State Attorney General's Task Force on Child Sexual Abuse (Faculty Member). June 1995.

"Sexual Abuse and Harassment" (Faculty Member). New Hampshire Bar Association, April 1995.

"Time Limited Behavioral Family Intervention" (Presenter). New Hampshire Division of Children and Families, April 1995.

"False Allegations of Child Sexual Abuse" (Presenter). New England Psychological Association, April 1993.

"Case Managing the Sexual Offender," (Presenter). New Hampshire Division of Children, Youth and Families, Nov. 1991.

**Memberships & Offices**

7/2007 to 7/2008        President, New Hampshire Psychological Association

| | |
|---|---|
| 11/2006 to 7/2007 | President-Elect, New Hampshire Psychological Association |
| 2001 to Present | Fellow, American Academy of Forensic Psychology |
| 2001 to 2002 | Member, Commission for the Development of a Statewide Protocol for Interviewing Victims of Sexual Assault Crimes |
| 2001 to Present | Member, American Board of Professional Psychology |
| 1988 to Present | Member, American Psychological Association |
| 1998 to 2002 | Member, Manchester Community Health Center Ethics Committee |
| 1997 to 1999 | Committee Chairman, New Hampshire Psychological Association, Professional Affairs |
| 1996-1997 | Member, Subcommittee on Child Abuse and Child Neglect, Task Force on Juvenile Justice |