# United States Court of Appeals
## For the First Circuit

No. 17-1434

LEWIS B. SYKES, JR.

Plaintiff - Appellant

v.

RBS CITIZENS, N.A.; BANK OF AMERICA, N.A.; BANK OF NEW YORK MELLON; CCO MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; NEW ENGLAND COASTAL REALTY, INC.

Defendants - Appellees

CITIBANK, N.A.

Defendant

**MANDATE**

Entered: March 26, 2019

In accordance with the judgment of March 5, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Phoebe N. Coddington
Brenna Anatone Force
Connie Flores Jones
Geoffrey Williams Millsom
Lewis B. Sykes Jr.
Michael John Tierney
Todd D. White